UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In Re DMCA Subpoena to Google LLC | Case No. 7:18-mc-515 <br><br> **Declaration of Paul D. Polidoro in Support of Watch Tower Bible and Tract Society's Request to the Clerk for Issuance of Subpoena to Google LLC, Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringer** |

---

**PAUL D. POLIDORO**, counsel of record for Petitioner Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") in the above-referenced matter, hereby declares as follows:

1. I am authorized to act on behalf of Watch Tower.
2. I submit this declaration in support of Watch Tower's request for issuance to Google LLC of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA") 17 U.S.C. § 512(h) (hereinafter "DMCA Subpoena"), to identify the user identified as: "Medieval HND16".
3. Pursuant to 17 U.S.C. § 512 (c)(3)(A), Watch Tower submitted a notification to Google LLC identifying the infringing content posted by the aforementioned user and providing the information required by 17 U.S.C. § 512 (c)(3)(A). A true and accurate copy of the submitted notification is attached hereto as Exhibit 1.
4. The purpose for which this DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Watch Tower's rights under title 17 U.S.C. §§ 100, *et. seq.*

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct. Executed this 9th day of November 2018.

*/s/ Paul D. Polidoro*
Paul D. Polidoro

1

        Associate General Counsel
        SDNY Bar No. PP2509
        WATCH TOWER BIBLE AND TRACT
        SOCIETY OF PENNSYLVANIA
        Legal Department
        100 Watchtower Drive
        Patterson, NY 12563
        Telephone: 845-306-1000
        Facsimile: 845-306-0709
        Email: inboxLGLipg@jw.org
        Attorney for Plaintiff